

# 11TH COURT OF APPEALS
## EASTLAND, TEXAS
### JUDGMENT

Roberto Serrano Franco,            \* From the 70th District Court
of Ector County,
Trial Court No. A-21-1154-CR.

Vs. No. 11-22-00281-CR          \* May 9, 2024

The State of Texas,            \* Memorandum Opinion Williams, J.
(Panel consists of: Bailey, C.J.,
Trotter, J., and Williams, J.)

This court has inspected the record in this cause and concludes that there is no error in the judgments below.   Therefore, in accordance with this court's opinion, the judgments of the trial court are in all things affirmed.